# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Tanayina Gamble,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:10-cv-407-FDW

Carolinas Medical Center and Melvin Dent,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2011 Order.

Signed: January 31, 2011

_____
Frank G. Johns, Clerk
United States District Court